# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2016

### NO. 03-15-00027-CV

**David De Leon, Appellant**

**v.**

**Cherie D. De Leon, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the decree of divorce signed by the district court on October 3, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's decree of divorce. Therefore, the Court affirms the district court's decree of divorce. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.